DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Donevan<br><br>Case below:<br>160 N.C. App. 252 | No. 546P03 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA02-899) | Denied |
| State v. Fowler<br><br>Case below:<br>159 N.C. App. 504 | No. 523P03 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA02-730) | Denied |
| State v. Glasco<br><br>Case below:<br>160 N.C. App. 150 | No. 547P03 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA02-602) | Denied |
| State v. Haskins<br><br>Case below:<br>160 N.C. App. 349 | No. 566P03 | 1. Def's NOA Based on a Constitutional Question (COA02-1225)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. AG's Motion to Dismiss Appeal | 1. ——<br><br>2. Denied<br><br>3. Allowed |
| State v. Holbrooks<br><br>Case below:<br>159 N.C. App. 467 | No. 479P03 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA02-1661) | Denied |
| State v. Holden<br><br>Case below:<br>160 N.C. App. 503 | No. 574PA03 | AG's Motion for Temporary Stay<br>(COA02-1478) | Allowed pending determination of the State's PDR<br>**10/24/03** |
| State v. Jones<br><br>Case below:<br>Duplin County<br>Superior Court | No. 497A93-5 | 1. Def's PWC to Review the Superior Court Order<br><br>2. Def's Motion for a Hearing Concerning Appropriate Relief<br><br>3. Def's Motion for $1.12 Billion Settlement for Injustice | 1. Denied<br><br>2. Denied<br><br>3. Denied |
| State v. Keel<br><br>Case below:<br>Edgecombe County<br>Superior Court | No. 134A93-12 | AG's Motion to Bypass the COA on Defendant's Application for Writ of Habeas Corpus as to Involuntary Manslaughter Conviction | Dismissed as moot<br>**10/31/03** |
| State v. Keel<br><br>Case below:<br>Edgecombe County<br>Superior Court | No. 134A93-13 | Def's Motion to Stay Execution | Denied |